# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CAROLEANNE HENSLEY and JOHN GREISIGER  v.  CNA | CIVIL ACTION  NO. 19-2837 |
|---|---|

## ORDER RE: MOTION TO REMAND

**AND NOW**, this 10th day of October, 2019, upon consideration of Plaintiffs' Motion to Remand (ECF 6) and the Response thereto, and for the reasons set out in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

                              **BY THE COURT:**

                              /s/ Michael M. Baylson
                              **MICHAEL M. BAYLSON**
                              **United States District Court Judge**

O:\CIVIL 19\19-2837 Hensley v. CNA\19cv2837 Order re Pls.' Motion to Remand.docx