# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROLEANNE HENSLEY and JOHN GREISIGER**<br><br>v.<br><br>**CNA** | **CIVIL ACTION**<br><br>**NO. 19-2837** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 22nd day of January, 2020, upon consideration of Defendant's Motion to Dismiss, (ECF 3), Plaintiffs' Opposition, (ECF 11-6), Defendant's Reply, (ECF 12), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** without prejudice, with leave to file an amended complaint within fourteen days from the date of this Order. If Plaintiffs file an amended complaint, they must specify the cause(s) of action they seek to proceed on and supplement their standing allegations as discussed in the Memorandum.

Accordingly, Plaintiff's Motion to Stay Time to Respond to Defendant's Motion to Dismiss Pending Disposition of Plaintiffs' Motion for Remand (ECF 5) is **DENIED** as moot.

BY THE COURT:

/s/ Michael M. Baylson

------

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-2837 Hensley v. CNA\19cv2837 Order re Defendant's Motion to Dismiss.docx